**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 11-21067-CIV-SEITZ/SIMONTON**
**(06-20218-CR-SEITZ)**

VICTOR RAMALLO,

      Movant,

v.

UNITED STATES OF AMERICA,

      Respondent.

_____/

### ORDER REQUIRING REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO VACATE JUDGMENT AND SENTENCE PURSUANT TO 28 U.S.C. ç 2255

      This matter is before the Court on Movant Victor Ramallo's Motion to Vacate Judgment and Sentence Pursuant to 28 U.S.C. ç 2255, or in the Alternative, Writ of Error Coram Nobis and/or Audita Qu[e]rela Pursuant to 28 U.S.C. ç 1651 ("Motion"), filed on March 29, 2011.  (DE # 1).  On April 7, 2011, following the District Judge's Order of Referral (DE # 4), the undersigned issued an Order to Show Cause why Ramallo's Motion should not be granted.  (DE # 5).  The Government responded to the Court's Order on May 26, 2011.  (DE # 6).  For the reasons set forth below, on or before July 27, 2011, Mr. Ramallo shall file a Reply that addresses the Government's arguments.

      On July 17, 2006, Ramallo pled guilty to the charge of conspiracy to engage in wholesale distribution of prescription drugs in interstate commerce without a license and to transport in interstate commerce goods worth $5,000 or more that were stolen and taken by fraud.  (06-20218, DE # 57).  The District Court sentenced Ramallo to a term of imprisonment of 35 months, 3 years of supervised release, a $100 assessment, and restitution in the amount of $403,248.51.  (06-20218, DE # 106).  Ramallo was released from Federal Bureau of Prisons' custody on May 21, 2009, and he is currently serving his

term of supervised release.

The Government does not dispute that Ramallo remains "in custody" under the meaning of 28 U.S.C. ç 2255 (2006) as interpreted by the Court of Appeals for the Eleventh Circuit. *See United States v. Brown*, 117 F.3d 471, 475 (11th Cir. 1997). As a result, citing *United States v. Garcia*, 181 F.3d 1274, 1274 (11th Cir. 1999) and *Brown*, the Government asserts that Ramallo is ineligible for relief under a writ of error coram nobis.

The record reveals that Ramallo filed a previous motion under ç 2255 on February 25, 2008 (08-20487, DE # 1), seeking to vacate his sentence based on ineffective assistance of counsel. The assigned Magistrate Judge made several factual findings during an evidentiary hearing, including that Ramallo's testimony was not credible, and decided that Ramallo's motion was untimely, and alternatively, recommended that the motion be denied on the merits. (08-20487, DE # 20). The District Court adopted the Magistrate Judge's Report and Recommendation and dismissed Ramallo's motion both as untimely, and on the merits. (08-20487, DE # 21). The Eleventh Circuit affirmed. (08-20487, DE # 40). The present Motion is Ramallo's second motion to vacate under ç 2255. The Government argues in its Response that Ramallo's present Motion is therefore barred because he has not sought leave to file from the Eleventh Circuit, as required by ç 2255(h), the "gatekeeping" provision. (DE # 6 at 6).

Ramallo alternatively seeks relief through audita querela. In its Response, the Government relies upon *United States v. Holt*, 417 F.3d 1172, 1175 (11th Cir. 2005) (per curiam), where the Eleventh Circuit held that audita querela relief is not available when relief is cognizable under ç 2255.

Ramallo has not addressed any of the Government's above arguments.

Therefore, based upon review of the record, it is hereby

**ORDERED AND ADJUDGED** that on or before July 27, 2011, the Movant shall file a Reply, which includes a legal discussion of the Government's response regarding the possibility of relief in the form of coram nobis or audita querela, and which shows cause why this Court should not dismiss the Motion for lack of jurisdiction as a second or successive petition, to the extent that the Movant seeks relief under 28 U.S.C. ç 2255. The Government has also responded on the merits, and Ramallo's Reply may address these arguments as well.

**DONE AND ORDERED** at Miami, Florida, this 14th day of July, 2011.

_____

**ANDREA M. SIMONTON**
**UNITED STATES MAGISTRATE JUDGE**

Copies furnished to:
The Honorable Patricia A. Seitz,
        United States District Judge
All counsel of record

3